SEALED

FILED
OCT 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA One USPS Express Mail Parcel, measuring approximately 15" x 12" x 10" weighing approximately 7 pounds, sent via Priority Mail with tracking number 9505 5213 8541 5288 0000 61, addressed to "Tommy Bice, 11 Watts road, winchester, Ky. 40391" with a return address of "Realty Sol., 9605 fair Oaks Blvd, Car Ca 95608," currently in the lawful possession of the United States Postal Inspection Service, Sacramento Domicile, at 2000 Royal Oaks Drive, Sacramento, in the Eastern District of California | CASE NO. 2:15-SW-582 EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 10-20-2015

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                                    1