PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
SEP - 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>ONE USPS EXPRESS MAIL PARCEL, MEASURING APPROXIMATELY 15" X 12" X 10" WEIGHING APPROXIMATELY 7 POUNDS, SENT VIA PRIORITY MAIL WITH TRACKING NUMBER 9505 5213 8541 5288 0000 61, ADDRESSED TO "TOMMY BICE, 11 WATTS ROAD, WINCHESTER, KY. 40391" WITH A RETURN ADDRESS OF "REALTY SOL., 9605 FAIR OAKS BLVD, CAR CA 95608," CURRENTLY IN THE LAWFUL POSSESSION OF THE UNITED STATES POSTAL INSPECTION SERVICE, SACRAMENTO DOMICILE, AT 2000 ROYAL OAKS DRIVE, SACRAMENTO, IN THE EASTERN DISTRICT OF CALIFORNIA | SW<br>2:15- -582 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: Sept. 6, 2016

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT